**Order filed October 6, 2015**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-15-00744-CV
_____

**ANTONIO VALDEZ AND MARIA LUISA VALDEZ, Appellant**

**V.**

**BEATRICE MOSTI VALDEZ AND WELLS FARGO BANK, N.A., Appellee**

**On Appeal from the 434th Judicial District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 12-DCV-199126**

## O R D E R

The notice of appeal in this case was filed August 31, 2015. To date, the filing fee of $205.00 has not been paid. On September 9, 2015, the trial court rejected appellant Maria Valdez's claim of indigence. On September 14, 2015, the clerk's record was filed. Therefore, the court issues the following order.

Appellants are ordered to pay the filing fee in the amount of $205.00 to the clerk of this court on or before **October 21, 2015** *See* Tex. R. App. P. 5. If

appellants fail to timely pay the filing fee in accordance with this order, the appeal will be dismissed.

PER CURIAM